```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA

                        Alexandria Division
```

| | |
|---|---|
| THOMAS DODSON, et al.       )<br>                             )<br>     Plaintiffs,            )<br>                             )<br>          v.                )     1:07cv770 (JCC)<br>                             )<br>DHI MORTGAGE COMPANY, LTD.   )<br>                             )<br>     Defendant .            )  | |

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiffs' Motion to Dismiss will be granted without prejudice;

(2) All depositions and discovery will be applied to any future litigation regarding this matter;

(3) the Clerk shall forward copies of this Order to all counsel of record and plaintiffs pro se.

November 30, 2007                           /s/
Alexandria, Virginia          UNITED STATES DISTRICT COURT JUDGE